UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>GEORGE PEREZ,<br><br>  Defendant. | Case No. 2:22-mj-00109-VCF-1<br><br>**ORDER** |

  IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Thursday, August 4, 2022 at 4:00 p.m., be vacated and continued to October 3, 2022 at the hour of 4:00 p.m. in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

  DATED this 25th day of July, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

3