**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | 2:22-cr-00204-JCM-VCF |
| GEORGE PEREZ, | **ORDER** |
| Defendant. | |

Before the Court is George Perez's motion for appointment of counsel. (ECF No. 38).

Federal Public Defender was appointed as counsel of record for George Perez on March 21, 2022. (ECF No. 7). Perez filed the instant motion on his own behalf. (ECF No. 38).

Pursuant to Local Rule IA 11-6(a), "[a] party who has appeared by attorney cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney." Defendant may not file motions on his own behalf. *See* Local Rule IA 11-6(a).

Accordingly,

The Clerk of Court is directed to STRIKE George Perez's motion for appointment of counsel. (ECF No. 38) from the docket.

If Perez desires to pursue court action, he must ask his attorney to bring a motion on his behalf.

DATED this 30th day of March 2023.

  _____
  CAM FERENBACH
  UNITED STATES MAGISTRATE JUDGE