**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE PEREZ<br><br>Defendant. | Case No. 2:22-cr-204-MMD-MDC<br><br>**Order Granting Motion to Dismiss Counts 3 and 4 of the Indictment Without Prejudice** |

Pursuant to Federal Rule of Criminal Procedure 48(a) and in the interest of justice, and upon leave of Court, the United States hereby dismisses without prejudice Counts 3 and 4 of the Indictment (ECF No. 24) against defendant George Perez.

SUE FAHAMI
Acting United States Attorney

*/s/ David Kiebler*
DAVID KIEBLER
LAUREN IBANEZ
Assistant United States Attorney

Leave of Court is granted for the filing of the above dismissal.

DATED this 22nd day of January, 2025.

_____
HONORABLE MIRANDA M. DU
UNITED STATES DISTRICT JUDGE