JENNIFER M. WALDO, ESQ.
WALDO LAW, LLC.
Nevada Bar No. 11900
10161 W. Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 908-2431
Facsimile: (702) 901-6192
jmw@jwaldolaw.com

LUCAS J. GAFFNEY, ESQ.
GAFFNEY LAW
Nevada Bar No. 12373
9900 Covington Cross Drive, suite 290
Las Vegas, Nevada 89144
Telephone: (702) 742-2055
Facsimile: (702) 920-8838
lucas@gaffneylawlv.com
*Attorneys for George Perez*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERCIA,<br><br>Plaintiff,<br><br>vs.<br><br>GEORGE PEREZ<br><br>Defendant. | 2:22-CR-00204-MMD-MDC<br><br>**ORDER GRANTING**<br>**STIPULATION TO**<br>**BIFURCATE TRIAL** |

IT IS HEREBY STIPULATED AND AGREED by and between the UNITED STATES OF AMERICA through its attorneys, AUSA DAVID KIEBLER, and AUSA LAUREN IBANEZ; and the DEFENDANT, GEORGE PEREZ, by and through his attorneys, JENNIFER M. WALDO, ESQ., and LUCAS J. GAFFNEY, ESQ., as follows:

///

///

///

The parties agree to bifurcate Count 17 of the Indictment [Document 24]—felon in possession of firearm under Section 922(g)(1)— from the remaining counts at trial.

DATED this 28th day of January 2025.

| Respectfully submitted, | SUE FAHAMI<br>(A) United States Attorney |
|---|---|
| /s/ Jennifer Waldo<br>JENNIFER M. WALDO, ESQ.<br>Attorney for George Perez | /s/ David Kiebler<br>DAVID C. KIEBLER<br>Attorney for the United States of America |
| /s/ Lucas Gaffney<br>LUCAS J. GAFFNEY, ESQ.<br>Attorney for George Perez | /s/ Lauren Ibanez<br>LAUREN IBANEZ<br>Attorney for the United States of America |

*George Perez* (signature)
GEORGE PEREZ

IT IS SO ORDERED

DATED this 28th day of January 2025.

_____
Miranda M. Du, U.S. District Judge

## CERTIFICATE OF ELECTRONIC SERVICE

I HEREBY CERTIFY that on the 28th day of January 2025 the undersigned served the foregoing STIPULATION TO BIFURCATE TRIAL on all counsel of record herein by causing a true copy thereof to be filed with the Clerk of Court using the CM/ECF system, which was served via electronic transmission by the Clerk of Court pursuant to local order.

By: /s/ Jennifer Waldo
Employee of Waldo Law Offices