SUE FAHAMI
Acting United States Attorney
Nevada Bar No. 5634
DAVID C. KIEBLER
Nevada Bar No. 16724
LAUREN IBANEZ
Assistant United States Attorneys
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336 (Telephone)
(702) 388-6020 (Fax)
david.kiebler@usdoj.gov
lauren.ibanez@usdoj.gov

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>GEORGE PEREZ,<br><br>　　　　　Defendant. | Case No.: 2:22-cr-204-MMD-MDC<br><br>**Order Granting Stipulation for the Admission of Exhibits** |

　　　The parties stipulate to the admissibility of following exhibits of the government's exhibits 1-77, 79-105, 111, 113-114, 118.

　　　Pursuant to the Court's direction, after opening statements, counsel will place on the record the stipulated exhibits.

　　　DATED this 28th day of January 2025.

　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　SUE FAHAMI
　　　　　　　　　　　　　　　　　　　Acting United States Attorney

/s/ David Kiebler
DAVID KIEBLER
LAUREN IBANEZ
Assistant United States Attorneys


/s/ Jennifer Waldo

JENNIFER WALDO
LUCAS GAFFNEY
Attorneys for Defendant


IT IS SO ORDERED

DATED this 29th day of January 2025.

_____
Miranda M. Du, U.S. District Court

2