JENNIFER M. WALDO, ESQ.
WALDO LAW, LLC.
Nevada Bar No. 11900
10161 W. Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 908-2431
Facsimile: (702) 901-6192
jmw@jwaldolaw.com

LUCAS J. GAFFNEY, ESQ.
GAFFNEY LAW
Nevada Bar No. 12373
9900 Covington Cross Drive, suite 290
Las Vegas, Nevada 89144
Telephone: (702) 742-2055
Facsimile: (702) 920-8838
lucas@gaffneylawlv.com
*Attorneys for George Perez*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERCIA,<br><br>Plaintiff,<br><br>vs.<br><br>GEORGE PEREZ<br><br>Defendant. | 2:22-CR-00204-MMD-MDC<br><br>ORDER GRANTING STIPULATION TO ADMIT DEFENSE EXHIBITS |

IT IS HEREBY STIPULATED AND AGREED by and between the UNITED STATES OF AMERICA through its attorneys, AUSA DAVID KIEBLER, and AUSA LAUREN IBANEZ; and the DEFENDANT, GEORGE PEREZ, by and through his attorneys, JENNIFER M. WALDO, ESQ., and LUCAS J. GAFFNEY, ESQ., as follows:

///

///

///

The parties stipulate to the admissibility of the following defense exhibits: 517, 520, 521, 522, 523.

Pursuant to the Court's direction, counsel for George Perez will place the stipulation on the record prior to publishing the exhibits to the jury.

DATED this 31st day of January 2025.

| *Respectfully submitted,* | SUE FAHAMI |
| --- | --- |
| | (A)United States Attorney |
| */s/ Jennifer Waldo* | |
| JENNIFER M. WALDO, ESQ. | */s/ David Kiebler* |
| *Attorney for George Perez* | DAVID C. KIEBLER |
| | *Attorney for the United States of America* |
| */s/ Lucas Gaffney* | |
| LUCAS J. GAFFNEY, ESQ. | */s/ Lauren Ibanez* |
| *Attorney for George Perez* | LAUREN IBANEZ |
| | *Attorney for the United States of America* |

_____
GEORGE PEREZ

IT IS SO ORDERED

DATED the 31st day of January 2025.

_____
Miranda M. Du, U.S. District Judge

## **CERTIFICATE OF ELECTRONIC SERVICE**

I HEREBY CERTIFY that on the 31st day of January 2025 the undersigned served the foregoing STIPULATION TO ADMIT DEFENSE EXHIBITS on all counsel of record herein by causing a true copy thereof to be filed with the Clerk of Court using the CM/ECF system, which was served via electronic transmission by the Clerk of Court pursuant to local order.

By: */s/ Jennifer Waldo*
Employee of Waldo Law Offices