SUE FAHAMI
(A) United States Attorney
Nevada Bar No. 5634
DAVID C. KIEBLER
Nevada Bar No. 16724
LAUREN IBANEZ
Assistant United States Attorneys
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336 (Telephone)
(702) 388-6020 (Fax)
david.kiebler@usdoj.gov
lauren.ibanez@usdoj.gov

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:22-cr-204-MMD-MDC |
| Plaintiff, | |
| vs. | **Order Granting Joint Stipulations** |
| GEORGE PEREZ, | |
| Defendant. | |

The parties stipulate and agree to the following facts:

1. On January 19, 2022, a Ross Dress for Less employee called 9-1-1 at approximately 10:23 p.m. to report that a robbery had occurred.

2. On January 25, 2022, a Reebok employee called 9-1-1 at approximately 6:10 p.m. to report that a robbery occurred 5-7 minutes prior.

READ AND AGREED TO:

SUE FAHAMI
Acting United States Attorney

/s/ *David Kiebler*
_____
DAVID KIEBLER
LAUREN IBANEZ
Assistant United States Attorneys


/s/ *Jennifer Waldo*
_____
JENNIFER WALDO
LUCAS GAFFNEY
Counsel for Defendant

IT IS SO ORDERED

DATED this 4th day of February 2025

_____
Miranda M. Du, U.S. District Judge